CLOSED, CV

## U.S. District Court
## U.S.District Court Minnesota (DMN)
## CIVIL DOCKET FOR CASE #: 0:07-cv-03572-MJD-SRN
### Internal Use Only

Lippincott v. Pfizer, Inc. et al  
Assigned to: Judge Michael J. Davis  
Referred to: Magistrate Judge Susan R. Nelson  
Cause: 28:1332-pip-Diversity-Personal Injury, Product Liability  

Date Filed: 08/01/2007  
Date Terminated: 09/24/2007  
Jury Demand: Plaintiff  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity  

**Plaintiff**

**Robert Lippincott**     represented by     **Andy-NA D Birchfield, Jr.**  
Not Admitted  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Gerald-NA B Taylor, Jr**  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Navan-NA Ward, Jr**  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Ted G Meadows**  
Beasley Allen Crow Methvin Portis & Miles, PC  
PO Box 4160  
Montgomery, AL 36103-4160  
334-269-2343  
Fax: 334-954-7555  
Email: ted.meadows@beasleyallen.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

V.

**Defendant**

**Pfizer Inc.**     represented by     **Erin M Verneris**  
Faegre & Benson LLP  
90 S 7th St Ste 2200  
Minneapolis, MN 55402-3901  
612-766-7380  
Fax: 612-766-1600  
Email: everneris@faegre.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Joseph M Price**  
Faegre & Benson LLP  
90 S 7th St Ste 2200  
Minneapolis, MN 55402-3901  
612-766-7000  
Fax: 612-766-1600  
Email: jprice@faegre.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Defendant**

**Pharmacia Corporation**     represented by     **Erin M Verneris**  
(See above for address)

                                                                                                LEAD ATTORNEY
                                                                                                ATTORNEY TO BE NOTICED

                                                                                                **Joseph M Price**
                                                                                                (See above for address)
                                                                                                LEAD ATTORNEY
                                                                                                ATTORNEY TO BE NOTICED

**Defendant**

**G.D. Searle LLC**                                       represented by **Erin M Verneris**
*formerly known as*                                                       (See above for address)
G.D. Searle & Co.                                                        LEAD ATTORNEY
                                                                                                ATTORNEY TO BE NOTICED

                                                                                               **Joseph M Price**
                                                                                               (See above for address)
                                                                                                LEAD ATTORNEY
                                                                                                ATTORNEY TO BE NOTICED

**Defendant**

**Monsanto Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/01/2007 | 1 | COMPLAINT against Monsanto Company, Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC ( Filing fee $ 350 receipt number 4015134.) assigned to Judge Michael J. Davis per Master list and referred to Magistrate Judge Arthur J. Boylan., filed by Robert Lippincott. (Attachments: # 1 Civil Cover Sheet)(RJL) QCd on 8/9/2007 (mkc). (Entered: 08/01/2007) |
| 08/01/2007 |  | Summons Issued as to Monsanto Company, Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC. (RJL) (Entered: 08/01/2007) |
| 08/01/2007 |  | (Court only) *** Copy of complaint sent to the MDL Panel (RJL) (Entered: 08/01/2007) |
| 08/07/2007 | 2 | ORDER OF RECUSAL. Magistrate Judge Arthur J. Boylan recused. Case reassigned to Magistrate Judge Susan R. Nelson for all further proceedings. The new case number is 07cv3572 MJD/SRN. Signed by Magistrate Judge Arthur J. Boylan on 8/3/07. (JME) (Entered: 08/07/2007) |
| 08/29/2007 | 3 | ANSWER to Complaint with Jury Demand by Pfizer Inc., Pharmacia Corporation, G.D. Searle LLC. (Price, Joseph) (Entered: 08/29/2007) |
| 08/29/2007 | 4 | RULE 7.1 DISCLOSURE STATEMENT by Pfizer Inc., Pharmacia Corporation, G.D. Searle LLC that there is no such parent or publicly held corporation to report. (Price, Joseph) (Entered: 08/29/2007) |
| 08/29/2007 | 5 | CERTIFICATE OF SERVICE by Pfizer Inc., Pharmacia Corporation, G.D. Searle LLC re 3 Answer to Complaint, 4 Rule 7.1 - Disclosure Statement (Price, Joseph) (Entered: 08/29/2007) |
| 08/29/2007 |  | (Court only) *** Attorney Erin M Verneris for Pfizer Inc. and Pharmacia Corporation added. (GJS) (Entered: 08/30/2007) |
| 09/21/2007 | 6 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO -81), transferring case to the Northern District of California per MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Judge Charles R. Breyer. (RJL) Additional attachment(s) added on 9/24/2007 (JME) QC'd by JME (Entered: 09/24/2007) |
| 09/24/2007 |  | NOTICE - Emailed Docket sheet, Complaint and CTO to Northern District of CA. (RJL) (Entered: 09/24/2007) |
| 09/24/2007 |  | (Court only) ***Civil Case Terminated. (KMW) (Entered: 09/24/2007) |